UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATALIE RYAN,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>PROFESSIONAL DISC GOLF ASSOCIATION,<br><br>        Defendant - Appellant,<br><br> and<br><br>DISC GOLF USA, LLC, DBA Disc Golf Pro Tour; et al.,<br><br>        Defendants. | No. 23-15722<br><br>D.C. No. 2:23-cv-00324-TLN-JDP<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |

The motion filed by the appellant on June 7, 2023 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT