UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE RYAN,<br>             Plaintiff,<br><br>      vs.<br><br>PROFESSIONAL DISC GOLF ASSOCIATION, LOWA, LLC, dba DISC GOLF PRO TOUR, and 1000 RATED PRODUCTIONS,<br><br>             Defendants. | Case No. 2:23-cv-00324-TLN-JDP<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Complaint Filed:  February 22, 2023<br>FAC Filed:            March 20, 2023<br>Trial Date:            None Set |

**ORDER**

This case is before the Court on Defendant Professional Disc Golf Association's Consent Motion for an Extension of Time, submitted with the consent of Plaintiff Natalie Ryan. Having considered the motion, the Court finds that good cause exists to extend PDGA's deadline by one week to July 10, 2023. Accordingly, PDGA's motion is hereby **GRANTED**. PDGA shall file its reply brief in support of its motion to dismiss or transfer by July 10, 2023.

SO ORDERED, this 26th day of June, 2023.

_____
Troy L. Nunley
United States District Judge